UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Vivo Capital Surplus Fund VIII, L.P.**

    V.                      **CIVIL ACTION NO. 1:25-cv-10914-MJJ**

**1Globe Capital LLC et al**

## <u>ORDER OF DISMISSAL</u>

**JOUN, D.J.**

    In accordance with the Court's Memorandum and Order dated February 24, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

February 24, 2026

/s/ Sophie Phillips

--------------------------

**Deputy Clerk**